In the Matter of EDWARD JONES, Petitioner, v ROBERT WANGENSTEIN et al., Respondents. [639 NYS2d 737]

The extraordinary remedy of mandamus will lie only to compel the performance of a ministerial act, and only when there exists a clear legal right to the relief sought *(see, Matter of Legal Aid Socy. v Scheinman,* 53 NY2d 12, 16). The petitioner has failed to demonstrate a clear legal right to the relief sought. Thompson, J. P., Joy, Krausman and McGinity, JJ., concur.